**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**ROBERT GEORGE**                                                        **PETITIONER**
**Reg. #34220-058**

**v.**                            **CASE NO. 2:23-cv-00192-BSM**

**CHAD GARRETT, Warden,**
**FCI – Forrest City**                                                   **RESPONDENT**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 8] is adopted and Robert George's habeas petition is dismissed without prejudice.

IT IS SO ORDERED this 29th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE