IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT GEORGE**                                                                                         **PETITIONER**
Reg. #34220-058

v.                                       CASE NO. 2:23-cv-00192-BSM

**CHAD GARRETT, Warden,**
**FCI – Forrest City**                                                                                **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE